arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Bradley PORTER, Plaintiff—Appellant

v.

LOWNDES COUNTY MISSISSIPPI; et al, Defendants.

Lowndes County Mississippi; Lowndes County Sheriff's Department; James Farris, In his individual capacity, Defendants—Appellees.

No. 05–61107.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Jim D. Waide, III, Waide & Associates, Tupelo, MS, for Plaintiff–Appellant.

David Daniel O'Donnell, Clayton, O'Donnell & Walsh, Oxford, MS, for Defendant–Appellee.

David Daniel O'Donnell, for Defendants–Appellees.

---

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

UNITED STATES of America, Plaintiff–Appellee,

v.

Cristobal TIRADO–CRUZ, Defendant–Appellant.

No. 06–50190
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jeffrey S. Mahl, Del Rio, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Cristobal Tirado–Cruz raises arguments that are foreclosed by *Almendarez–*

---